**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-753-R** |
| | ) | |
| **OKLAHOMA COUNTY CRIMINAL** | ) | |
| **JUSTICE AUTHORITY and BOARD** | ) | |
| **OF COUNTY COMMISSIONERS** | ) | |
| **FOR OKLAHOMA COUNTY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court are the Motions to Dismiss filed by Defendants [Doc. Nos. 4, 6]. During the pendency of the Motions, Plaintiff filed an Amended Complaint [Doc. No. 11]. This Amended Complaint "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (internal quotation omitted).

Defendants' Motions to Dismiss [Doc. Nos. 4, 6] are therefore DENIED without prejudice to resubmission, if appropriate.

IT IS SO ORDERED this 12th day of May, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE