## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. CIV-26-753-R** |
| | ) | |
| OKLAHOMA COUNTY CRIMINAL | ) | |
| JUSTICE AUTHORITY and BOARD | ) | |
| OF COUNTY COMMISSIONERS | ) | |
| FOR OKLAHOMA COUNTY, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The parties to this action have filed a Joint Stipulation of Dismissal with Prejudice as to Defendant Board of County Commissioners for Oklahoma County Only [Doc. No. 17] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismissing with prejudice all of Plaintiff's claims against Defendant BOCC. Accordingly, Defendant BOCC's Motion to Dismiss [Doc. No. 13] is DENIED AS MOOT.

IT IS SO ORDERED this 3rd day of August, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE